UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
BUNTIN McPHERSON,  JUDGMENT
                    Plaintiff,  03-CV- 4517 (NGG)

-against-

NYP HOLDINGS, INC., d/b/a NEW YORK POST,

                    Defendant.
-----------------------------------------------------------------X

      A Memorandum and Order of Honorable Nicholas G. Garaufis, United States District Judge, having been filed on September 1, 2005, granting the Post's motion for summary judgment; dismissing plaintiff's Section 1981 claims; and dismissing plaintiff's claims brought under New York City Administrative Code § 8 and New York State Executive Law, Article 15, Section 296; it is

      ORDERED and ADJUDGED that plaintiff take nothing of the defendant; that the Post's motion for summary judgment is granted; that plaintiff's Section 1981 claims are dismissed; and that plaintiff's claims brought under New York City Administrative Code § 8 and New York State Executive Law, Article 15, Section 296 are dismissed.


Dated: Brooklyn, New York            Robert C. Heinemann
       September 02, 2005              Clerk of Court

                                       By:  _____
                                             Terry Vaughn
                                             Chief Deputy Clerk
                                             for Operations